# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 21-11-M-KLD |
|---|---|
| Plaintiff, | |
| vs. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| DANIEL FORREST HASLAGE, | |
| Defendant. | |

The undersigned, Trevor Hare, affiant being duly sworn states:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2014. I served five years as an FBI Special Agent within the FBI's Salt Lake Division, Lewiston Resident Agency, and have served in the FBI's Salt Lake Division, Kalispell Resident Agency, since April 2020. As a Federal Agent, I am statutorily charged with investigating federal criminal violations and authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I have been an investigative case agent involving federal law violations including homicide, manslaughter, kidnapping, assault, assault on a federal officer, firearms offenses, sexual assault, child abuse, domestic violence, strangulation, drug crimes, and financial crimes. In the course of these investigations, I have obtained and

1

executed search warrants and arrest warrants, conducted surveillance, conducted interviews, and employed consensually monitored confidential informants.

2. On April 25, 2020, Flathead County Sheriff's Office (FCSO) Deputy (Dep.) Mandi Perry took a report for a stolen 1989 Ford F150 and pickup camper at Grizzly Storage at Creston in Kalispell, MT. The owner, Matt Murray, was in North Carolina at the time of the theft. Murray stated he had $10,000 worth of hunting and fishing gear and a 7 mm rifle inside the camper. Murray identified the camper as being partially painted like a cow hide. On May 26, 2020, Haslage was interviewed regarding this theft by FCSO. Haslage stated he was aware of the brown and green 1989 or 1990 Ford truck with a pickup camper stolen from the Creston area, and stated it was taken to Medical Lake, Washington. That same day, during their investigation into stolen vehicles and property based on information provided by Haslage to Flathead County Sheriff's Office (FCSO), Spokane County Sheriff's Office (SCSO) investigators observed the Custom Skylark 90 Truckbed camper at 15302 South Whitehouse Lane, Cheney, Washington. 15302 South Whitehouse Lane was an undeveloped property owned by the parents of Kevin Audett, Patrick and Donna Audett. On June 15, 2020, Spokane County SO conducted a consensual search of Patrick and Donna Audett's property at 15302 South Whitehouse Lane and the aforementioned camper was recovered.

3.  On May 03, 2020, FCSO responded to a report of a stolen Prowler camper trailer from Miller Storage at 123 Auction Road, Kalispell, Montana. Julie Blake was the victim of the theft. Blake said the camper trailer was last seen at the storage facility on March 08, 2020. Miller Storage Manager Lisa Hussey was interviewed and advised multiple break-ins had occurred at the storage facility in the preceding weeks, including the theft of a camper trailer and a utility trailer. Hussey stated Daniel Haslage was a new tenant and had been acting suspicious, moving his property from one unit to another frequently and asking about security procedures and security cameras. During an interview with FCSO on May 26, 2020, Haslage stated that he stole the 2015 Prowler camper trailer with Leif Larsen, Dominic Lee, Kevin Audett, Jonathon Steele, Justin Dahl and Sarah Dahl. Haslage said that Larsen's truck towed the camper trailer to a property in Medical Lake, Washington, owned by the family of Kevin Audett, and that he lived in the trailer for a short period of time. Haslage later helped investigators determine the address of this property to be 15302 South Whitehouse Lane, Cheney, Washington. Subjects of the investigation routinely referred to this property as "Medical Lake." This trailer has not been recovered.

4.  On May 06, 2020, Hussey again filed a theft complaint for a burglary at Miller Storage. Hussey advised Haslage's gate code was used seven times the previous night, several locks had been cut, and Haslage's unit appeared to have

been abandoned. Hussey referred FCSO to Dean Morris, whose unit had been broken into. Morris reported the theft of his 1978 Nomanco Camper Trailer, his white 2002 Chevrolet one ton 3500 box truck, numerous firearms, ammunition, and property. During his May 26, 2020 interview with FCSO, Haslage reported that he towed the Nomanco trailer and Audett drove the 2002 box truck to the Audett property at 15302 South Whitehouse Lane. The Nomanco trailer was recovered during the SCSO consensual search of 15302 South Whitehouse Lane on June 15, 2020. According to conversations with FCSO investigators, Spokane-based law enforcement officers verbally reported recovering the box truck from an intersection in Spokane, but I have yet to receive a report on this recovery.

5. On May 12, 2020, victim Wade Rademacher reported the theft of a silver 2007 Chevrolet pickup with a tool box in the bed and a plow assembly from Edge LLC at 55 Hunter Circle in Kalispell. On May 15, 2020, FCSO Deputies interviewed Jason Buckingham regarding his complaint that a camper parked at his business, A&B Storage, was towed away on May 09, 2020. Buckingham advised a man who identified himself as Haslage hooked the camper up to a truck and drove away in the truck. Buckingham knew the camper trailer belonged to a client of his, and wanted to have Haslage's name in case the camper trailer was reported stolen. Buckingham provided FCSO with video surveillance footage of Haslage driving a Chevrolet Silverado and a photo he took of Haslage during their interaction. Based

4

upon review of the video footage provided by Buckingham, the Silverado was identified as the 2007 Chevrolet pickup stolen from Edge LLC, and the camper Haslage towed behind it was identified as the 1978 Nomanco Trailer stolen from Miller Storage. A subsequent interview of Buckingham revealed that Leif Larsen was the A&B Storage client whose trailer Haslage towed away. The Silverado was recovered from Brannigan's Pub in Kalispell on May 18, 2020. During my July 14, 2020 interview of Haslage, he stated he gave Audett a ride to a location in Kalispell, and that Audett stole the 2007 Chevrolet Silverado, which became Audett's "daily driver" for a short time. Haslage stated he drove the truck back from Spokane and abandoned it at Brannigan's Pub in Kalispell.

6. On May 20, 2020, FCSO was dispatched to a reported theft of a 2004 red Dodge flatbed truck and a 2007 white Dodge pickup from Centsible Auto Sales in Kalispell, MT. Centsible employee Blake Thornton advised the vehicles were last seen when the business closed on May 18, 2020. Thornton stated the business had security camera footage of the thefts, and that it showed a third vehicle was broken into but not stolen, likely because it was inoperable. Thornton told FCSO that Haslage previously worked at Centsible Auto Sales and was aware of the vehicle key lock box weaknesses. Thornton advised Haslage left employment there on bad terms and thought one of the persons recorded stealing the trucks on the surveillance video might have been Haslage. The 2004 red Dodge flatbed was

recovered when SCSO arrested Audett driving it in Spokane on June 01, 2020. During my July 14, 2020 interview with Haslage, he admitted to stealing the 2004 red Dodge flatbed truck and the 2007 white Dodge pickup from Centsible Auto with Lee and "the other Kevin." Haslage stated the trucks were immediately driven to "Medical Lake" and that Lonnie LNU subsequently stole the 2007 white Dodge pickup from him. During a previous interview, Haslage claimed to have stolen the trucks with Audett and Larsen. The 2007 white Dodge pickup has not been recovered.

7. On May 20, 2020, Shoshone County Sergeant (Sgt.) Bilaski was notified by dispatch of a cargo trailer stolen from a gravel pull out near Interstate 90 milepost 62 interchange in Wallace, Shoshone County, Idaho. Sgt. Bilaski made contact with victim William Mooney and witness James Shields. Mooney advised the trailer was last seen by Shields on May 13, 2020 and was filled with plastic tables, chairs, and pop-up tents. The chairs had the logo Team Wallace. On May 22, 2020, SCSO recovered the Continental Cargo trailer from a property in Medical Lake, Washington, at a different location than 15302 South Whitehouse Lane. When SCSO canvassed the area for personal surveillance cameras, they observed footage of a red Dodge flatbed towing the cargo trailer to the area and abandoning it. During FCSO's interview of Haslage on May 22, 2020, he stated

Larsen stole a large cargo trailer from a town in Idaho and transported it to Medical Lake, Washington. Haslage said he knew the trailer was full of canopies.

8. On the evening of May 20, 2020, an FCSO Deputy observed a red Chevrolet Camaro driving in Kalispell, Montana, with no license plates. The Deputy activated his emergency lights and the vehicle fled out of Kalispell at a high rate of speed. The Camaro was later located, abandoned near 250 Belterra Lane, Bigfork, Montana. A search of the vehicle resulted in the collection of a two black backpacks with multiple Ford, Chevrolet, General Motors, Honda, and Toyota vehicle keys. Additionally, a black garbage bag with toiletries and mail belonging to Brittney J. Erie, three bolt cutters, a cellular phone, an eye glasses container with a white crystalline substance that field tested presumptively positive for methamphetamine, and other items were collected. FCSO contacted the registered owner of the vehicle, Gary Seaman, who stated he believed the Camaro was at his unit at Miller Storage. Seaman met officers at Miller Storage and confirmed his Camaro was missing. When FCSO interviewed Haslage regarding the Camaro in May 2020, Haslage stated Dominic Lee originally stole the Camaro and that it was subsequently driven to Medical Lake, Washington. When I interviewed Haslage on July 14, 2020, he admitted to driving the Camaro back to the Kalispell area with Brittany Erie from Medical Lake, and to being in the pursuit with FCSO.

9. On the early morning hours of June 13, 2020, Deputy Rodier of Shoshone County (Idaho) Sheriff's Office took a report regarding a stolen 1969 Dodge Charger "General Lee" and a stolen 1970 Dodge Coronet "Super Bee", both taken from 505 Willow Creek Rd. Mullan, ID. Approximately two hours later, Montana Highway Patrol (MHP) attempted to stop the Dodge Charger, driven by Haslage, and the Dodge Coronet driven by Leif Larsen on Interstate 90 in Montana. The vehicles attempted to elude MHP Trooper Jacob Ayers. Larsen turned off the interstate and Haslage continued east on Interstate 90. Trooper Ayers continued to pursue Haslage, who eventually stopped. When the Trooper pulled in behind the vehicle, Haslage turned 180 degrees and drove past the Trooper the wrong way on Interstate 90. Trooper Ayers continued to a safe location to pass through the concrete barricades dividing the interstate. Haslage turned around again and came back east-bound on Interstate 90 and Trooper Ayers began pursuit again. Haslage eventually wrecked in a forested area and fled the scene on foot. When he was finally apprehended by MHP, he was missing a shoe and covered in mud. He admitted to the theft and provided Troopers with information that led them to a 45-70 caliber rifle he had left in the woods when he fled. The rifle, stolen from a Miller Storage in Kalispell, had a round in the chamber and the hammer was in the cocked position. The Dodge Coronet, driven by Larsen, made its way back from Montana towards Wallace, ID. Sgt. Bilaski with Shoshone County

Sheriff's Office observed the vehicle traveling west on Interstate 90, in Idaho. Sgt. Bilaski initiated a traffic stop on the Coronet and took Larsen into custody. In the Coronet, Deputies located bolt cutters, a bandana and a flashlight consistent with burglarious instruments. A Sportsman Model 48 Twenty Gauge shotgun was recovered from the trunk of the Coronet. The shotgun was also stolen with the 1978 Nomanco camper trailer from Miller Storage in Kalispell. Shoshone County Sheriff's Office Sgt. Bilaski interviewed Larsen that same day. Larsen told Sergeant Bilaski that Haslage asked him to move a couple cars to Coeur d'Alene, Idaho. Larsen said he helped Haslage fill up the Charger with gasoline and followed him east on Interstate 90, when the pursuit with the Montana Highway Patrol ensued. Larsen claimed he did not know he was stealing the cars with Haslage. When I interviewed Haslage on July 14, 2020, he said that he and Larsen stole the aforementioned classic muscle cars after they were directed to do so by a man named Chris in Spokane.

10. On June 30, 2020, Julie Yarde with Big Sky Powder Coating in Kalispell, Montana, reported the theft of a 2008 White Chevrolet Silverado Flatbed truck. Yarde advised the truck was stolen sometime between June 26 and June 29, 2020. The truck was listed as stolen in NCIC. On July 08, 2020, Spokane County Deputy Rodriquez was at 2311 East Rich Avenue, Spokane, Washington, regarding the report of a stolen Mitsubishi Eclipse when he observed a black

Chevrolet Flatbed truck pull up in front of the residence with no rear license plate. Based on the clear outline of dust around where the rear license plate would be, Deputy Rodriguez believed the license plate had recently been removed. SCSO officers initiated a traffic stop on the vehicle and made contact with the driver, Dakota Chavez, and the two passengers, Kissandra Murinko and David Rodriguez. Chavez had previously been investigated for possession of a stolen vehicle. Chavez told Deputy Rodriguez that his friend Daniel Haslage had borrowed his 2004 Chevrolet Silverado, brought it to Montana, and never returned it. Chavez knew Haslage through Haslage's girlfriend, Jessica Criado. In late June 2020, Chavez took a call from Criado, who asked if she could come to his shop at 70807 North Regal Street in Spokane. While at his shop, Chavez recognized Haslage, who was driving a white Chevrolet flatbed truck with Montana license plates. Haslage told Chavez that because he did not return Chavez's truck that he had borrowed, he was giving Chavez the flatbed. Haslage told Chavez he bought the truck, but that he did not have the title and that no bill of sale was exchanged. The truck had a Gema brand powder coating machine in the back. Haslage and Craido left the truck with Chavez but took the powder coating machine with them. Chavez thought the truck might have been stolen. Chavez admitted to painting the truck black, changing the rims and tires, and removing the VIN sticker. During my July 14, 2020 interview with Haslage, he stated he met Jessica Criado and Mike

10

LNU at a restaurant in Sandpoint, Idaho. He said Criado and Mike LNU asked him how to "get rid" of the truck. Haslage said he brought Criado and the truck to a place in Spokane, where someone was supposed to "re-vin" it.

11. On July 10, 2020, I heard Flathead County dispatch advise of reported vehicle thefts over the radio. FCSO Det. Shields, and I responded to Montana Auto Recyclers, as did FCSO Deputy Tyeler Smith. I was aware Haslage had been released from custody in Sanders County, where he had been incarcerated for the theft of the General Lee. Det. Shields, Dep. Smith and I processed the crime scene and interviewed the business employees. A red 2016 Dodge Challenger and a Silver 2018 Dodge Ram Rebel were stolen. The Challenger was recovered on July 12, 2020 on the side of Interstate 90 by a Washington State Patrol unit. The vehicle was towed to WSP's secure lot. Also on July 12, 2020, Shane Johnson was arrested in Bonner County, Idaho, while in possession of the Dodge Ram Rebel. The Rebel was secured in Bonner's County's secure lot. During the inventory of the Rebel, Bonner County Deputies discovered suspected methamphetamine in a baggie and more than 40 key Fobs. Haslage was arrested in possession of a stolen dump truck in Pend Oreille County Washington the same day. Suspected methamphetamine was also seized from the stolen dump truck. When I interviewed Haslage on July 14, 2020 with FCSO Det. Perry, he stated Lee assessed Montana Auto Recyclers as a vehicle theft target and told Haslage and

Johnson about it. Haslage stated Lee dropped him and Johnson off at the business and that he and Johnson stole the Challenger and the Ram Rebel. Haslage stated he drove the Challenger and Johnson drove the Ram Rebel. Haslage stated that he and Johnson drove the vehicles into Washington, that he abandoned the Challenger on the side of Interstate 90, and that Johnson picked him up in the Ram Rebel. Haslage said a third man helped he and Johnson steal two more trucks from a Landscaping Company in Liberty Lake, Washington, in order to pay their debts to Lee for facilitating the theft.

12. In August 2020, Washington State Patrol Det. Chris Holt interviewed a Confidential Source (CS1) regarding his knowledge of the interstate transport of stolen motor vehicles from Montana into Spokane. CS1 provided the following information: Kevin Audett was involved with stolen cars and property and lived at 1112 West Barker Street, Medical Lake. Haslage and others stole camp trailers from Kalispell and were living in them. Some of the trailers were located on a property owned by Audett's family off a dirt road in Medical Lake, Washington. Lee was Haslage's "dad" in that Lee was teaching him how to steal. CS1 then discussed a Chevrolet Duramax box truck full of ammunition that was abandoned on Highway 2 in the vicinity of Spokane, Washington.

13. On October 14, 2020, Shoshone County Deputy Rodier took a report for a commercial burglary at Dave Smith Motors in Smelterville, Idaho. Upon

arrival at the scene, Deputy Rodier learned that intruders appeared to have entered the facility through a window and accessed a key box on an interior wall. The external gate appeared to have been forced open, approximately 30 sets of vehicle keys were missing, and the following vehicles appeared to have been stolen: Black 2018 Dodge Challenger Hellcat, silver 2019 Dodge Ram 3500, and white 2018 GMC Sierra. That same day, Spokane Police Department pursued and recovered the 2019 Ram 3500, and arrested Leif Larsen, who was in possession of the truck. Dominic Hostetler was also in the truck, but was released. Additionally, the Dodge Challenger Hellcat was recovered in Spokane County. I interviewed a Confidential Source (CS2) regarding this incident in October 2020. CS2 stated Haslage said he was going to get a car he was going to trade to the "Cartel" for "product." CS2 subsequently observed Haslage driving a Hellcat and Larsen driving "that" truck, both of which had been "boosted", known to me as stolen. CS2 confirmed the truck and the Hellcat driven by Larsen and Haslage were both recovered by law enforcement. Haslage told CS2 he had to spend about $6,000 getting the Hellcat "legal." Haslage knew someone on "the inside" in the State of Washington that would change the vehicle VINs to what Haslage needed them to be. Haslage's contact would take VIN tags off of wrecked vehicles and swap them with the VIN tags on the stolen vehicles. I am aware Haslage was arrested on an Idaho felony warrant on October 20, 2020, in possession of a loaded firearm.

14. Based on the foregoing, I submit that there is probable cause to believe that between April and October 2020, Daniel Forrest Haslage committed 17 violations of 18 U.S.C. § 2312, Interstate Transportation of Stolen Vehicles and one violation of 18 U.S.C. § 922(i), Interstate Transport of a Stolen Firearm.

/s/ Trevor Hare
Trevor Hare, Affiant
Special Agent, FBI

Based on the Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe there is evidence of the offenses set forth in the affidavit.

DATED this 20th day of January, 2021.

Kathleen L. DeSoto
United States Magistrate Judge