IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL FORREST HASLAGE,<br><br>Defendant. | CR 21–14–M–DLC<br><br><br><br>ORDER |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 119.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Mr. Haslage is charged by Superseding Information with three counts of interstate transportation of stolen vehicles, in violation of 18 U.S.C. § 2312 and 2 (Counts I–III) and one count of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1) (Count IV). (Doc. 87.)

1

Judge DeSoto recommends that this Court accept Mr. Haslage's guilty plea to Counts I–IV after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 119) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Haslage is adjudged guilty as charged in Counts I–IV of the Superseding Information (Doc. 87).

DATED this 16th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court